Helen Bond, Marie Bond, Imogene Browning, Catherine Frailey, Josephine Glenn, Caroline Hass, Maye Hungate, Bernadine Karcher, Lillian Kaufman, Blanch McDonald, Geneviva Sneed, Opal Thompson and Viola Wheeler, Plaintiffs-Appellants, v. Decatur Garment Company, a Corporation, Virginia Shuster and Nell Webb, Defendants-Appellees.

Gen. No. 10,375.

Third District.

May 16, 1962.

Rehearing denied June 18, 1962.

Dreman & Sterling, of Belleville, Morris J. Levin and S. Sheldon Weinhaus, of St. Louis, Missouri, for appellants; Monroe & McGaughely, of Decatur, for appellees. Opinion by PRESIDING JUSTICE ROETH. Not to be published in full.